IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

REX LEE RITCHIE

BILLY NELSON

and

JAMES E. KIRBY                                                                                      PLAINTIFFS

V.                                    4:08CV00577 JMM/HDY

CUPP, Lt., Crawford County Detention
Center; JEFF MARVIN, Jail Administrator,
Crawford County Detention Center; and
MIKE ALLEN, Sheriff, Crawford County                                                DEFENDANTS

## ORDER

Plaintiffs have submitted this §1983 case for filing in this district. However, from the facts alleged and the defendants named, it appears that venue properly lies in the Western District of Arkansas. 28 U.S.C. §1391(b). Accordingly, the court finds that the interests of justice would best be served by transferring this case to the United States District Court for the Western District of Arkansas. 28 U.S.C. § 1406(a).

THEREFORE, the Clerk is directed to immediately transfer a copy of this order and the original file of this court to the Clerk of the United States District Court for the Western District of Arkansas.

IT IS SO ORDERED this 25th day of June, 2008.

_____
UNITED STATES DISTRICT JUDGE